THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TWITTER, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | CASE NO.:  2:12-cv-01534 (RSL)<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER** |

　　　　WHEREAS, on September 10, 2012 plaintiff Christopher Boffoli ("Boffoli") filed a complaint asserting a claim of copyright infringement (the "Complaint") against defendant Twitter, Inc. ("Twitter");

　　　　WHEREAS, on October 1, 2012 the parties filed a Stipulation to Extend Time to File Answer until October 18, 2012, which was approved by the Court;

　　　　WHEREAS, the parties respectfully request an extension of time for defendant Twitter to file its answer or other responsive pleading through and until November 9, 2012.  The parties make this request in order to allow defendant further time to analyze the facts of this case.

THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. Defendant Twitter shall have up to and including November 7, 2012 to file its answer or other responsive pleading.

Dated:  October 17, 2012

s/Nathan E. Ferguson
Nathan E. Ferguson, WSBA #41311
**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, Washington  98104-7036
Telephone:  (206) 883-2500
Fax:  (206) 883-2699
Email:  nferguson@wsgr.com

Attorney for TWITTER, INC.

Dated:  October 17, 2012

s/Keith P. Scully
Keith P. Scully
**NEWMAN DU WORS LLP**
1201 Third Avenue, Suite 1600
Seattle, Washington 98101
Telephone:  (206) 274-2800
Email: keith@newmanlaw.com

Attorney for CHRISTOPHER BOFFOLI

**IT IS SO ORDERED.**

Dated: October 19, 2012

*[signature]*

**HONORABLE ROBERT S. LASNIK**
**UNITED STATES DISTRICT JUDGE**